[No. 15318-1-II. Division Two. July 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WOLFE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 212769R020, Terry D. Sebring, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Morgan, J., and Doran, J. Pro Tem.

[No. 15301-7-II. Division Two. July 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03814-1, Karen G. Seinfeld, J. Pro Tem., entered March 25, 1991. *Affirmed* by unpublished opinion per Quinn, J. Pro Tem., concurred in by Alexander, C.J., and Skimas, J. Pro Tem.

[No. 14949-4-II. Division Two. July 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE ESTES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04758-1, Robert H. Peterson, J., entered May 8, 1991. *Affirmed* by unpublished opinion per Skimas, J. Pro Tem., concurred in by Alexander, C.J., and Quinn, J. Pro Tem.